**SEALED**                                                                              **FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS                    2014 AUG -6  AM 11: 36
SAN ANTONIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO: |
| Plaintiff, | BY _____ DEPUTY CLERK |
| v. | INDICTMENT |
| | [ Vio: 21 U.S.C. §§ 841(a)(1), 841(b)((1)(B), Possession with Intent to Distribute Methamphetamine 50 grams or more.] |
| RAUL ROBLES (1), | SA14CR603 DAE |
| Defendant | |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

That on or about July 25, 2014, in the Western District of Texas, Defendant,

**RAUL ROBLES (1),**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved fifty grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL,

_____
FOREPERSON OF GRAND JURY

ROBERT PITMAN
United States Attorney

By: _____
SAM L. PONDER
Assistant United States Attorney